THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES C. CROPSEY et al., Constituting the Justices of the Supreme Court of the State of New York for the Second Judicial District, Residing in Kings County, Respondents, *v.* JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

*New York (city of) — when mandamus granted to compel board of estimate and apportionment to revise proposed budget.*

*People ex rel. Cropsey* v. *Hylan,* 199 App. Div. 218, affirmed.
(Argued January 10, 1922; decided January 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1921, modifying and affirming as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel the board of estimate and apportionment of the city of New York to alter and amend the proposed budget of the city for the year 1922 as prepared by them, and to revise and amend

it to conform to the departmental request of the relators; also motion to dismiss said appeal. .

*John P. O'Brien, Corporation Counsel (William E. C. Mayer, John F. O'Brien* and *William J. Ahearn* of counsel), for appellants.

*Charles J. McDermott* for respondents.

Order affirmed, with costs. Motion to dismiss appeal denied, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.